James David Salvagio
C/o 3015 S Saddlebrook Ln
Katy, Texas 77494
713-828-1077
jsalvagio@gmail.com

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

APR 2 3 2018

| | | |
|---|---|---|
| **James David Salvagio and** | § | BY |
| **Beverly Salvagio** | § | DEPUTY_____ |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:18-cv-00105** |
| | § | |
| **NEW PENN FINANCIAL, LLC d/b/a** | § | |
| **SHELLPOINT MORTGAGE** | § | |
| **SERVICING, MGTLQ INVESTORS,** | § | |
| **L.P., MARGIE ALLEN, AND DOES** | § | |
| **1 THROUGH 100, INCLUSIVE** | § | |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO REMAND

On March 8, 2018 New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and MGTLQ Investors, L.P. (collectively, **defendants**) filed their **ANSWER** to Plaintiff's original complaint in the State Court and simultaneously filed a **NOTICE TO REMOVE** the action to this Court, pursuant to 28 U.S.C. §§ 1331 and 1441. This action prevented Plaintiffs from filing anything else with the State Court, including an amended complaint removing any federal question issues.

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND

Defendants would enter into this court with no supporting facts or evidence, as to why this case should not be remanded back to state court, other than to use a deliberate and misleading federal statute 15(a)(2), which is totally inapplicable to an amendment in state court, which is what Plaintiffs' are seeking.

1

Again, The U.S Supreme court made it clear in, **Carneigie-Mellon Univ. v. Cohill, 484 U.S. 343**

**(1988),** that a Plaintiff could change and/or amend its complaint in order that it be remanded back to

state court. Plaintiffs are attempting to do such. By filing their answer to the State Complaint, the

defendants waived their right to seek such a removal. Chavez v. Kincaid, 15 F.Supp.2d 1118 1125

(D.N.M. 1998), which observed that waiver of the right to remove occurs when a defendant "manifests

an intent to litigate in the state court." Defendants have clearly manifested an intent to

litigate this matter in state court, as well as surrender to the state's court jurisdiction.

## CONCLUSION

Because Plaintiffs' intend to file an amended complaint in the State Court which would no

longer seeks relief for violations of federal statutes; affirmatively raising no federal question that

would give this Court subject matter jurisdiction and proper venue. And because Defendants clearly

waived their right to seek removal by filing an answer in the state court, Plaintiffs again respectfully

request that this court remand this case back to the 58th Judicial District Court, Jefferson County,

Texas.

Date:  April 21, 2018

Respectfully submitted,

By: _____
James David Salvagio
C/o 3015 S. Saddlebrook Ln
Katy, Texas 77494
Telephone: 713.828.1077
jsalvagio@gmail.com

/s/  Beverly Salvagio
Beverly Salvagio
C/o 3119 Nashville
Nederland, Texas 77627

Salvagio-REPLY TO RESPONSE TO MOTION TO REMAND

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all known counsel of record by email and/or Certified mail on the 21st day of April 2018 as follows:

**VIA CERTIFIED MAIL /**
**RRR**
**NO. 9590 9402 2183 6193 3068 31**
C. Charles Townsend
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214-720-4300
Facsimile: 214-981-9339
charles.townsend@akerman.com
*Attorney for Defendants*

**VIA CERTIFIED MAIL /**
**RRR**
**NO. 9590 9402 2183 6193 3068 48**
Monica Summers
AKERMAN LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
Telephone: 210-582-0220
Facsimile: 210-582-0231
monica.summers@akerman.com
*Attorney for Defendants*

*By:* _____
James David Salvagio

Salvagio-REPLY TO RESPONSE TO MOTION TO REMAND

**James David Salvagio**
**C/o 3015 S Saddlebrook Ln**
**Katy, Texas 77494**
**713-828-1077**
jsalvagio@gmail.com



April 21, 2018

**Via FedEx PRIORTITY OVERNIGHT**
**Tracking No. 8094 1763 0325** 7806 2217 1070
CLERK OF COURT
UNITED STATES DISTRICT COURT
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS 77701-2217

**Re: Cause No. 1:18-cv-00105; Eastern District of Texas/Beaumont Division**
*James David Salvagio and Beverly Salvagio v. New Penn Financial, et al*

Dear Clerk of Court:

Please file the enclosed Reply to Response to Motion to Remand, in connection with the above-captioned matter and return a certified recorded copy back to me in the enclosed envelope.

*Thank you for your time and attention to this matter.*

Sincerely,

James David Salvagio

Enclosures



earthsmart
FedEx carbon-neutral
envelope shipping

RT **748**
ST 17
3
10:30  **A**
1070
04.23

ORIGIN ID:NQIA  (713) 828-1077
JAMES DAVID SALVAGIO

C/O 3015 S SADDLEBROOK LN

KATY, TX 77494
UNITED STATES US

SHIP DATE: 21APR18
ACTWGT: 0.20 LB
CAD: 6991614/SSF01822

BILL CREDIT CARD

TO  **CLERK OF COURT**
    **UNITED STATES DISTRICT COURT**
    **300 WILLOW STREET**
    **SUITE 104**
    **BEAUMONT TX 77701**
    (409) 654-2817        REF:
    INV:
    PO:                   DEPT:

**FedEx**
Express

**E**

TRK#
0201  **7806 2217 1070**

**43 BPTA**

MON – 23 APR 10:30A
**PRIORITY OVERNIGHT**
                     DSR
                     77701
          TX-US   IAH

