| | | |
|---|---|---|
| BEVERLY SALVAGIO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | NO. 1:18-CV-105 |
| | § | |
| NEW PENN FINANCIAL, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. The case was originally filed in the 58th Judicial District Court, Jefferson County, Texas. *See* Doc. No. 1. The Defendants removed the case to this court. *Id.* at 2. Pending before the court is the *pro se* Plaintiffs' "Motion to Remand." Doc. No. 5.

The court has received and considered the report (Doc. No. 14) of the magistrate judge, recommending that the court grant the motion to remand. Doc. No. 10, at 3. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 14) is **ADOPTED**, the Plaintiffs' "Motion to Remand" (Doc. No. 5) is **GRANTED**, and this action is **REMANDED** to the 58th Judicial District Court, Jefferson County, Texas.

SIGNED at Beaumont, Texas, this 29th day of May, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE